# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2024

## NO. 03-23-00304-CR

**Daniel Perry, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment of conviction entered by the trial court. Daniel Perry has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Daniel Perry to withdraw his notice of appeal, and dismisses the appeal. Daniel Perry shall pay all costs relating to this appeal, both in this Court and in the court below.